UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAMIDELE HAMBOLU, et al.,

    Plaintiffs,

v.

WASSERMAN-STERN ATTORNEYS, et al.,

    Defendants.

Case No. 17-mc-80018-PJH

**DETERMINATION REGARDING WHETHER COMPLAINT SHOULD BE ACCEPTED FOR FILING**

Re: Dkt. No. 1, 12

Plaintiff Lynn Gavin is subject to a pre-filing order dated January 12, 2016 in Case No. 15-cv-05202-EMC, which declared her to be a vexatious litigant. Pursuant to this order, Gavin "must obtain leave of court before filing any further suits based on her allegations that she was wrongfully evicted from the Parkmerced apartments in 2012." No. 15-cv-05202-EMC Dkt. 9 at 7. "The Clerk of this Court may not file or accept any further complaints filed by or on behalf of Plaintiff alleging any claims of wrongful eviction from the Parkmerced apartment in 2012. If Plaintiff wishes to file a complaint alleging any such claims, she shall provide a copy of any such complaint, a letter requesting that the complaint be filed, and a copy of this Order to the Clerk of this Court. The Clerk shall then forward the complaint, letter, and copy of this Order to the Duty Judge for a determination whether the complaint should be accepted for filing." Id.

This matter was referred to the undersigned for a determination of whether the complaint should be accepted for filing. Good cause appearing, the court orders that the Clerk shall decline to accept the complaint for filing, because Lynn Gavin is named as a plaintiff and the action arises out of her 2012 eviction from the Parkmerced apartment.

**IT IS SO ORDERED.**

Dated: February 16, 2017

                                                                                                                          _____

                                                                                                                          PHYLLIS J. HAMILTON
United States District Judge